1   ALLACCESS LAW GROUP
    Irene Karbelashvili, State Bar Number 232223
2   irene@allaccesslawgroup.com
    Irakli Karbelashvili, State Bar Number 302971
3   irakli@allaccesslawgroup.com
    1400 Coleman Ave, Ste F28
4   Santa Clara, CA 95050
    Telephone: (408) 295-0137
5   Fax: (408) 295-0142

6
    Attorneys for JACKSON SHERRY, Plaintiff
7
    *Defense counsel listed after caption
8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12

13   _____   )   Case No. 25-cv-5592-NC
                                    )
14   JACKSON SHERRY,                )   **STIPULATION AND ORDER**
                                    )   **DISMISSING ACTION WITH**
15                   Plaintiff,     )   **PREJUDICE**
                                    )
16   vs.                            )
                                    )
17                                  )
     SOTERIA E. KARAHALIOS, an      )
18   individual; ALEXANDER M.       )
     DUBELMAN, an individual; ATHAS E. )
19   KARAHALIOS, an individual; PATRICK )
     T. CORRIGAN, Trustee of THE    )
20   CORRIGAN FAMILY REVOCABLE      )
     TRUST DATED JUNE 11, 2002; JILL A. )
21   CORRIGAN, Trustee of THE CORRIGAN )
     FAMILY REVOCABLE TRUST DATED   )
22   JUNE 11, 2002; DKL Investments, LLC; )
     JPD HOLDINGS LLC, a California limited )
23   liability company,             )
                                    )
24                                  )
                                    )
25                                  )
                                    )
26   _____Defendants. )

27

28

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE 1

1  ANDREW H. SWARTZ, ESQ. (SBN: 58429)
2  WALKER & REED
   215 W FRANKLIN, 5th FLOOR
3  Monterey, CA 93940
   Telephone: (831) 649-100
4  aswartz@walkerandreed.com

5  Attorneys for Defendants SOTERIA E. KARAHALIOS, ALEXANDER M. DUBELMAN,
6  ATHAS E. KARAHALIOS, PATRICK T. CORRIGAN, JILL A. CORRIGAN, DKL
   INVESTMENT MANAGEMENT, A GENERAL PARTNERSHIP (erroneously sued as DKL
7  Investments, LLC), and JPD HOLDINGS LLC

8
9      Plaintiff JACKSON SHERRY ("Plaintiff") and  Defendants SOTERIA E.
10 KARAHALIOS, ALEXANDER M. DUBELMAN, ATHAS E. KARAHALIOS, PATRICK
11 T. CORRIGAN, JILL A. CORRIGAN, DKL INVESTMENT MANAGEMENT, A
12 GENERAL PARTNERSHIP (erroneously sued as DKL Investments, LLC), and JPD
13 HOLDINGS LLC (collectively, "Defendants") stipulate pursuant to Federal Rules of Civil
14 Procedure 41(a)(2) that this action be dismissed in its entirety with prejudice. The parties also
15 request that the Court retain jurisdiction over the consent decree in accordance with its terms.

16
17     Respectfully submitted,

18     Dated: October 20, 2025                    /s/ Andrew Swartz_____
19                                                Andrew Swartz, Attorney for
                                                  Defendants
20

21     Dated: October 20, 2025                    /s/ Irakli Karbelashvili_____
22                                                Irakli Karbelashvili, Attorney for
                                                  Plaintiffs
23
24                          **Filer's Attestation**

25     I, Irakli Karbelashvili, attest that I received concurrence from the signatories in the filing
26 of this document.

27                                    /s/ Irakli Karbelashvili_____
                                      Irakli Karbelashvili
28

---

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE
2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Having reviewed the parties' stipulation, and good case appearing, the action is dismissed in its entirety with prejudice. The Court retains jurisdiction over the consent decree.

**IT SO ORDERED.**

Dated: <u>October 21, 2025</u>



United States District Judge

Judge Nathanael M. Cousins